■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER ANDERSON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 22, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. We have afforded appellant ample opportunity to file a supplemental brief *pro se,* but he has failed to do so. Concur—Kupferman, J. P., Lupiano, Birns and Evans, JJ.

■ EDITH R. KARP, as Executrix of LEO KARP, Deceased, Respondent, v LIGGETT AND MEYERS TOBACCO COMPANY, Appellant.—Order, Supreme Court, New York County, entered on August 15, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. If not already done, plaintiff is directed, within 10 days after service upon her by defendant of a copy of the order of this court, with notice of entry, to serve and file all requisite papers (including a statement of readiness) and to pay all appropriate fees necessary to place this case on the calendar. Concur—Birns, J. P., Silverman, Evans, Lane and Yesawich, JJ.